IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CASSANDRA SMITH, ET AL., } | |
| } | |
| PLAINTIFFS, } | |
| } | |
| V. } | CASE: NO: 03-0574-WS-B |
| } | |
| ALSTON KEITH, ET AL, } | |
| } | |
| DEFENDANTS. } | |

## SETTLEMENT AGREEMENT

**COME NOW,** Plaintiffs, by and through the undersigned counsel, and Defendants Alston Keith and The Dallas County Democratic Executive Committee (DEDEC), by and through their undersigned counsel, and agree as follows:

1. Defendant Keith, without admitting liability, as long as he remains chairman of the DCDEC and Defendant DEDEC will continue to have regular executive committee meetings and notify all members of such meetings;

2. Defendant Keith, without admitting liability, as long as he remains chairman of the DCDEC, will notify all DCDEC members to met at the county courthouse to discharge their duties under Ala. Code § 17-16-35, or any amendments thereto, at each primary election; and

3. Defendant Keith, without admitting liability, as long as he remains chairman of the DCDEC, shall, to the best of his ability, carry out the duties as outlined in Ala. Code §§ 17-16-25 and 17-16-33, and shall enlist the services of the sheriff in safe keeping the ballot box pursuant to § 17-16-33.

In consideration of the above, the parties, by this document, jointly agree to:

    a. request the court to dismiss all applicable claims with prejudice;

    b. request the court to dismiss Alston Keith, Jr. and the Dallas County Democratic Party from this suite with prejudice.

Done this the 28th day of July 2004.

                                            Respectfully submitted,

                                            /s/ Collins Pettaway, Jr.
                                            Collins Pettaway (PETTC9796)
                                            Attorney for Plaintiffs

                                            /s/ Alston Keith, Jr.
                                            Alston Keith, Jr.
                                            Attorney for Defendants
                                            Alston Keith, Jr. and The Dallas
                                            County Democratic Executive Committee
                                            And Dallas County Democratic Party
                                            P. O. Box 9
                                            Selma, AL  36702-0009

**OF COUNSEL:**

**CHESTNUT, SANDERS, SANDERS,**
**PETTAWAY & CAMPBELL, L.L.C.**
**1 UNION STREET**
**POST OFFICE BOX 1290**
**SELMA, ALABAMA 36702-1290**
**(334) 875-9264**

## CERTIFICATE OF SERVICE

    This is to certify that I have on this the 28th day of July 2004 served copy of the foregoing by depositing the same in the U.S. mail properly addressed with postage prepaid upon the following:

**John Pilcher, Esq.**
**Pilcher & Pilcher**
**Post Office Box 1250**
**Selma, Alabama 36702-1250**

                                            /s/ Collins Pettaway, Jr.
                                            OF COUNSEL